App.D.C., 113 A.2d 749, and of petitioner's brief in support of said petition, it is

Ordered by the Court that the aforesaid petition be, and it is hereby, denied.

John S. **FAIRBANKS**, Appellant,

v.

**UNITED STATES of America,**
**Appellee.**

**No. 12539.**

United States Court of Appeals
District of Columbia Circuit.

Argued April 26, 1955.

Decided June 30, 1955.

---

**SECURITY NATIONAL LIFE INSUR-**
**ANCE COMPANY, Petitioner,**

v.

**Beatrice B. WASHINGTON,**
**Respondent.**

**No. 12682.**

United States Court of Appeals
District of Columbia Circuit.

June 14, 1955.

Before PRETTYMAN, WILBUR K. MILLER and DANAHER, Circuit Judges, in Chambers.

**PER CURIAM.**

Upon consideration of the petition for allowance of an appeal from the judgment of the Municipal Court of Appeals entered herein April 27, 1955, Mun.Ct.